(November 24, 1986)

■ In the Matter of PHILIP W. SCHUNK, an Attorney, Respondent. COMMITTEE ON PROFESSIONAL STANDARDS, THIRD JUDICIAL DEPARTMENT, Petitioner.

Respondent is also directed to submit, on or before December 8, a written plan for supervision and monitoring of his practice by the New York State Bar Association's Committee on Alcoholism for the court's consideration at the appearance in mitigation. Kane, J. P., Main, Casey, Weiss and Mikoll, JJ., concur.